FILED

10/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0109

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0109

_____

NETZER LAW OFFICE, P.C. and DONALD L.
NETZER,

      Plaintiffs and Appellants,

      v.

STATE OF MONTANA by and through AUSTIN
KNUDSEN in his official capacity as Attorney
General and LAURIE ESAU, Montana
Commissioner of Labor and Industry,

      Defendants and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Olivia C. Rieger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2022